IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Z.D., et al.<br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES; et al.,<br>　　　　Defendants. | Civil Action No. 1:23-CV-943 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs hereby DISMISS their Complaint against Defendants WITHOUT PREJUDICE.

Dated: November 17, 2023　　　　　　　Respectfully submitted,

*/s/ Jonathan Direnfeld*
Jonathan Direnfeld (No. 28859)
Orrick, Herrington, & Sutcliffe
1152 15th St. N.W.
Washington, D.C. 20005
Telephone: (202) 339 8400
Fax: (202) 339 8500
jdirenfeld@orrick.com
*Attorneys for Plaintiffs*