IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Z.D., et al. <br>         Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; et al., <br>         Defendants. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:23-CV-943 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs hereby DISMISS their Complaint against Defendants WITHOUT PREJUDICE.

Dated: November 17, 2023          Respectfully submitted,

                                               */s/ Jonathan Direnfeld*
                                               Jonathan Direnfeld (No. 28859)
                                               Orrick, Herrington, & Sutcliffe
                                               1152 15th St. N.W.
                                               Washington, D.C. 20005
                                               Telephone: (202) 339 8400
                                               Fax: (202) 339 8500
                                               jdirenfeld@orrick.com
                                               *Attorneys for Plaintiffs*

Dated: 12/1/2023       /s/ -     Richard D. Bennett
                                 U.S. Senior District Judge